# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**DERRICK HAMILTON**                                              **PLAINTIFF**

v.                           **CASE NO.: 5:04CV00292 BD**

**GRANT HARRIS,** *et al.*                                        **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED this 12th day of March, 2007.

_____
U. S. MAGISTRATE JUDGE